

FILED
CLERK, U.S. DISTRICT COURT
MAR - 1 2024
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER 8:24-MJ-00112-DUTY |
|---|---|---|
| United States of America | PLAINTIFF(S) | 1:24-cr-00016-LEW |
| v. | | |
| Codee Houston | DEFENDANT(S). | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Indictment
in the United States _____ District of Maine _____ on February 14, 2024
at 6:17 ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 5/1/22-3/24/23
in violation of Title 21 & 18 U.S.C., Section(s) 46, 841(a)(1) & 841(b)(1)(A)(viii) & 1956(h) & (a)(1)(B)(1)
to wit: Conspiracy to distribute and possess with intent to distribute methamphetamine & Conspiracy to commit money laundering

A warrant for defendant's arrest was issued by: Grand Jury

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):
Warrant, indictment, Motion to Seal

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/1/24
Date

_/s/ Melissa Whalen_
Signature of Agent

Melissa Whalen
Print Name of Agent

FBI
Agency

Special Agent
Title

CR-52 (03/20)            DECLARATION RE OUT-OF-DISTRICT WARRANT